UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA </br> vs. </br> Michael Klawitter | Case: 3:12-cr-00020-JDR-1 </br> ORDER ON TERMINATION OF PROBATION |

Based on the *Report and Order Terminating Probation* filed on May 22, 2013, regarding the above-named defendant, **IT IS HEREBY ORDERED** that:

[X] The defendant is discharged from probation and that the proceedings in the case be terminated.

[ ] Other: _____

Dated this 22nd day of May, 2013

/s/John D. Roberts, USMJ
Signature Redacted

John D. Roberts
U.S. Magistrate Judge